UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSUE PAGUADA, on behalf of himself and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>KWIKCASH, INC.<br><br>      Defendant. | Case No.  1:20-cv-08476-LGS<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Queens, New York
    December 31, 2020

So Ordered.

Dated: January 4, 2021
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

*By: /s/ Mars Khaimov*
Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
10826 64th Avenue, Second Floor
Forest Hills, New York 11375
marskhaimovlaw@gmail.com
*Attorneys for Plaintiff*